IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

# ORDER AND NOTICE TO FILER OF ERRORS AND/OR DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

DEBTOR NAME:  Robert Lee Porter and Claudia May Porter         FILER:    Brian Guyer / Selene Finance LP

CASE NO.:  17–60003–lkg                    ADVERSARY NO.:

DOCUMENT NO.:  56 & 57                     DOCUMENT TITLE:  Motion for Relief from Stay and Notice of Motion

Pursuant to this Court's General Order or Local Rule and / or the Federal Rules of Bankruptcy Procedure, one of the following errors / deficiencies has been identified in the document listed above which has been filed with the Court. Accordingly, it is ordered that the document is stricken.

- ☐ Document entered in wrong case
- ☐ Document linked incorrectly
- ☐ Incorrect document type selected (PDF and event do not match)
- ☐ Incorrect PDF selected
- ☐ PDF Document is incomplete:
- ☐ Certificate of Service is incomplete
- ☑ Certificate of Service is missing
- ☑ Objection date is incorrect
- ☐ Objection date is missing
- ☑ Hearing information is incorrect
- ☐ Hearing information is missing
- ☐ Case Closed
- ☑ Other:  The Preliminary Hearing date must be within 30 days and the objection period is 14 days from the filing of the Motion. Motion, Notice of Motion and Certificate of Service to be re–filed.

If you desire action by the Court in this matter, you must correct the stated deficiency(s) and re–file the entire document.

ENTERED: December 27, 2017                  /s/ Laura K. Grandy
                                            UNITED STATES BANKRUPTCY JUDGE