UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS
EFFINGHAM DIVISION

In re:
Robert Lee Porter
Aka Robert L Porter
Aka Robert Porter
Aka Bob Porter

Claudia May Porter
Aka Claudia M Porter
Aka Claudia Porter
        Debtor(s).

Chapter 13

Case No. 17-60003-lkg

Hearing on March 8, 2018 at 9:00 a.m.

## **MOTION FOR RELIEF FROM THE AUTOMATIC STAY (REAL PROPERTY)**

Selene Finance LP ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of the Debtor(s) having an address of 1985 North 100 Street, Vandalia IL 62471 (the "Property"). In further support of this Motion, Movant respectfully states:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtor(s) on January 5, 2017.

2. A Chapter 13 Plan has been confirmed on April 28, 2017.

3. The Debtor(s) has/have executed and delivered or is/are otherwise obligated with respect to that certain promissory note in the original principal amount of $112,157.00 (the "Note"). A copy of the Note is attached hereto as Exhibit 1. Movant is an entity entitled to enforce the Note.

4. Pursuant to that certain Mortgage (the "Mortgage"), all obligations (collectively, the "Obligations") of the Debtor(s) under and with respect to the Note and the Mortgage are secured by the Property. A copy of the Mortgage is attached hereto as Exhibit 2.

5. As of November 14, 2017, the outstanding amount of the Obligations is: $75,357.63.

6. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested herein, Movant has incurred $850.00 in legal fees and $176.00 in costs. Movant reserves all rights to seek an award or allowance of such fees and

expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

7. The following chart sets forth the number and amount of postpetition payments due pursuant to the terms of the Note that have been missed by the Debtor(s).

| Number of Missed/Delinquent Payments | From | To | Monthly Payment Amount | Total Amounts Delinquent |
|---|---|---|---|---|
| 3 | 09/01/2017 | 11/01/2017 | $567.50 | $1,702.50 |
| Less postpetition partial payments: | | | | ($0.00) |

Total: **$1,702.50**

8. The estimated market value of the Property is $70,555.00. The basis for such valuation is Schedule A of the Debtor(s)' Chapter 13 Petition.

9. Upon information and belief, the aggregate amount of encumbrances on the Property listed in the Schedules or otherwise known, including but not limited to the encumbrances granted to Movant, is $75,357.63.

10. Cause exists for relief from the automatic stay for the following reasons:

    (a) Movant's interest in the Property is not adequately protected.

    (b) Movant's interest in the collateral is not protected by an adequate equity cushion.

    (c) Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor(s) has/have no equity in the Property; and pursuant to § 362(d)(2)(B) the Property is not necessary for an effective reorganization.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

4. Movant further requests that upon entry of an order granting relief from stay, it be exempted from further compliance with Fed. Rule Bankr. P. 3002.1 in the instant bankruptcy case.

5. For such other relief as the Court deems proper.

Respectfully submitted,

*/s/ Roderic Fleming*
Attorney for Movant

Marinosci Law Group, P.C.
134 N. LaSalle St., Suite 1900
Chicago, IL 60602
312-940-8580; Fax: 401-234-5130
rfleming@mlg-defaultlaw.com