UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS

In re:
Robert Lee Porter
Aka Robert L Porter
Aka Robert Porter
Aka Bob Porter

Claudia May Porter
Aka Claudia M Porter
Aka Claudia Porter
        Debtor(s).

Chapter 13

17-60003-lkg

## STATEMENT PURSUANT TO LOCAL RULE 4001-2

1. The following entities or party have a legal or equitable interest in the property commonly known as 1985 N 100th St., Vandalia IL 62471.

    Robert Lee Porter aka Robert L Porter aka Robert Porter aka Bob Porter; Claudia May Porter aka Claudia M Porter aka Claudia Porter; Selene Finance LP

2. Movant is the holder of the note secured by the mortgage on the property commonly known as 1985 N 100th St., Vandalia IL 62471.

3. The balance due as of January 30, 2018 is $74,925.46.

4. The mortgage which secures the property commonly known as 1985 N 100th St., Vandalia IL 62471.was recorded on July 18, 2005 as Document No. I 052790 GR 1586/120.

5. The value of the property which subject to the motion for relief is $70,555.00 and the basis of this value is the voluntary petition.

        Respectfully submitted,

        /s/ Brian Guyer_____

Marinosci Law Group, P.C.
134 N. LaSalle St., Suite 1900
Chicago, IL 60602
312-940-8580; Fax: 401-234-5130
bguyer@mlg-defaultlaw.com