UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS
EFFINGHAM DIVISION

In re:
Robert Lee Porter
Aka Robert L Porter
Aka Robert Porter
Aka Bob Porter

Claudia May Porter
Aka Claudia M Porter
Aka Claudia Porter
        Debtor(s).

Chapter 13

Case No. 17-60003-lkg

Hearing on March 8, 2018 at 9:00 a.m.

### NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY, PROVISION DIRECTION RESPONSE THERETO, AND SETTING HEARING ON OBJECTIONS, IF ANY

The above captioned persons shall take notice that a motion or other request to life the automatic stay in the above captioned bankruptcy has been filed with the US Bankruptcy Court for the Southern District of Illinois, 301 W Main Street, Benton IL 62812-1362.

Any objection to the attached motion must be filed with the courts on or before the 20th day of February, 2018, with a copy forwarded to Marinosci Law Group, 134 N LaSalle St., Suite 1900, Chicago, IL 60602.

If no objection to the relief sought are timely filed, the Court will enter an order granting the motion.

In the event an objection is filed, a preliminary hearing on the motion will be held at 9:00 a.m. on the 8th day of March, 2018 before the United States Bankruptcy Court for the Southern District of Illinois, 301 W Main Street, Benton, IL 62812-1362.  If a party fails to appear in person or by counsel, the Court may proceed with the scheduled hearing and may enter an appropriate order or judgment, including dismissal of the pending motion.

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2018, a copy of the foregoing Motion and accompanying Notice of Motion and Time for Objecting was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Jerry D Graham, Jr, Esq.
o/b/o Debtors Robert Lee Porter aka Robert L Porter aka Robert Porter aka Bob Porter, Claudia May Porter aka Claudia M Porter aka Claudia Porter
court@jdgrahamlaw.com

Russell C. Simon
Trustee
simontrustee@yahoo.com

U.S. Trustee
U.S. Trustee
USTPRegion10.es.ECF@usdoj.gov

I further certify that on February 6, 2018, a copy of the foregoing Motion and accompanying Notice of Motion and Time for Objecting was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Claudia May Porter aka Claudia M Porter aka Claudia Porter
1985 N 100 Street
Vandalia, IL 62471

Robert Lee Porter aka Robert L Porter aka Robert Porter aka Bob Porter
1985 N 100 Street
Vandalia, IL 62471

                                                               */s/ Roderic Fleming*
                                                               Attorney for Movant

Marinosci Law Group
134 N LaSalle, Suite 1900
Chicago, IL 60602
312-940-8580; Fax: 401-234-5130
rfleming@mlg-defaultlaw.com