IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Robert & Claudia Porter, | ) | Case No.: 17-60003 |
|     Debtors, | ) | Chapter 13 |
| | ) | |

**<u>DEBTORS' OBJECTION TO MOTION FOR RELIEF OF AUTOMATIC STAY</u>**

Comes now Debtors, Robert & Claudia Porter, and hereby submits their answers as follows:

1. Debtors admit the allegation contained in paragraph 1.

2. Debtors admit the allegation contained in paragraph 2.

3. Debtors admit the allegation contained in paragraph 3.

4. Debtors admit the allegation contained in paragraph 4.

5. Debtors admit the allegation contained in paragraph 5.

6. Debtor admits the allegation contained in paragraph 6.

7. Debtors deny the allegation contained in paragraph 7. Debtors provided bank statements reflecting the payments, referenced by Selene Finance, were withheld from debtors' account.

8. Debtors admit the allegation contained in paragraph 8.

9. Debtors admit the allegation contained in paragraph 9.

10. Debtors deny the allegation contained in paragraph 10.

WHEREFORE, Debtor hereby prays that this Honorable Court deny Selene Finance LP's Motion for Relief from Automatic Stay.

                                              By:/s/J.D. GRAHAM
                                              J.D. GRAHAM, P.C.
                                              Attorney for Debtor
                                              #1 Eagle Center; Suite 3A
                                              O'Fallon, IL 62269
                                              618.235.9800

618.235.9805 fax
jd@jdgrahamlaw.com

## CERTIFICATE OF SERVICE

Comes now Debtors, Robert & Claudia Porter by and through their attorney, and certifies that on February 20, 2018, via first-class mail, postage prepaid, a true and accurate copy of Debtors' Answer to Motion for Relief from Automatic Stay was served upon the following people that were not served electronically:

Russell C. Simon
Chapter 13 Trustee
24 Bronze Pointe
Swansea, IL 62226

U.S. Trustee
Becker Building, Ste. 1100
401 Main St.
Peoria, IL 61602

Roderic Fleming
Marinosci Law Group, P.C.
134 N LaSalle Street Suite 1900
Chicago, IL 60602

/s/ Jessica Walters